# Court of Appeals
# of the State of Georgia

ATLANTA,   November 14, 2014

*The Court of Appeals hereby passes the following order:*

## A14A1292.  PEARSON v. SWEETWATER POOL MANAGEMENT-SOUTH, INC. et al.

Romero Pearson, who represented an interested non-party in litigation against the Appellees, filed this appeal from the trial court's order denying his motion to set aside an order enforcing the settlement agreement[1] between the Plaintiff and Appellees after proceeds of the settlement were disbursed to the Plaintiff's attorney and from there, to his client,[2] without the gross proceeds first being split and paid to the Plaintiff via the Plaintiff's attorney and to his client via Pearson.

Pearson did not appeal from the order enforcing the settlement, and instead filed a motion to set aside under OCGA § 9-11-60 (f). The correct code section for a motion to set aside is OCGA § 9-11-60 (d), and construed as either a motion to set aside or as a motion for reconsideration, an order denying either type of motion is not directly appealable.[3] Moreover, because the issues raised by Pearson regarding the distribution of the settlement were not mere clerical errors obvious on the face of the record under OCGA § 9-11-60 (g), the order denying his motion was not directly appealable pursuant to that code section.

---

[1] The order also denied Pearson's motion to intervene as untimely.

[2] Pearson's client is a non-married parent of the decedent in the underlying action and was entitled to half of the proceeds of the settlement under Georgia law. See OCGA §§ 19-7-1 (c) (2) (C) & 51-4-4.

[3] See OCGA § 5-6-35 (a) (8); *Mayor & Aldermen of the City of Savannah v. Norman J. Bass Constr. Co.*, 264 Ga. 16, 17 (1) (441 SE2d 63) (1994).

Accordingly, the Appellees' Motion to Dismiss the appeal is **GRANTED** and Pearson's appeal is **DISMISSED** for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>11/14/2014</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*